669 A.2d 815

IN THE MATTER OF LEE W. SHELLY, AN ATTORNEY AT LAW.

January 11, 1996—

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **LEE W. SHELLY** of **MANASQUAN**, who was admitted to the bar of this State in 1973, and who was suspended from the practice of law for a period of six months, effective July 1, 1995, by Order of this Court dated June 9, 1995, be restored to the practice of law, effective immediately.